**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Patricia  F. Kent                                    CHAPTER 13

                    Debtor(s)                    BKY. NO. 19-16345 JKF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                    Respectfully submitted,
                    **/s/ Rebecca A. Solarz Esquire**
                    Rebecca A Solarz, Esquire
                    Kevin G. McDonald, Esquire
                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322