UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    PATRICIA F. KENT :
: CASE NO. 19-16345 jkf

## **ORDER**

AND NOW this     day of         , 2020 upon consideration of the Motion to Obtain Relief from the Automatic Stay of Toyota Motor Credit Corporation, Debtor's Answer thereto, and hearing thereon, it is ORDERED that the Motion to Obtain Relief from the Automatic Stay of Toyota Motor Credit Corporation is DENIED.

 

_____
Jean K. FitzSimon,
U.S. Bankruptcy Judge