```
                       United States Bankruptcy Court
                       Eastern District of Pennsylvania
```

In re:                                                    Case No. 19-16345-jkf
Patricia F. Kent                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Randi              Page 1 of 1           Date Rcvd: Jan 22, 2020
                               Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
db             +Patricia F. Kent,   25 Quince Circle,   Newtown, PA 18940-9288

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor   Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              HAROLD N. KAPLAN    on behalf of Creditor   New Residential Mortgage LLC hkaplan@rasnj.com
              JEFFREY C. MCCULLOUGH    on behalf of Debtor Patricia F. Kent jeffmccullough@bondmccullough.com,
               mbehrlacher@bondmccullough.com
              JEROME B. BLANK    on behalf of Creditor   DITECH FINANCIAL LLC paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor   DITECH FINANCIAL LLC robert.davidow@phelanhallinan.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor   DITECH FINANCIAL LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    PATRICIA F. KENT :
: CASE NO. 19-16345 jkf

## **ORDER**

AND NOW this    day of       , 2020 upon consideration of the Motion to Obtain Relief from the Automatic Stay of Toyota Motor Credit Corporation, Debtor's Answer thereto, and hearing thereon, it is ORDERED that the Motion to Obtain Relief from the Automatic Stay of Toyota Motor Credit Corporation is DENIED.

                                  Jean K. FitzSimon,
                                  U.S. Bankruptcy Judge