IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    PATRICIA F. KENT :
              Debtor : BANKRUPTCY NO. 19-16345 jkf

## CERTIFICATION OF NO OBJECTION

The undersigned, as attorney for Debtor, hereby certifies that No Answer and/or Objection, or other responsive pleading or request for a hearing has been filed by any party on or before the last filing date of May 20, 2020 regarding the Application for Compensation of Debtor's Counsel.

May 21, 2020                              /s/Jeffrey C. McCullough
Date                                           Jeffrey C. McCullough, Esquire
                                               Attorney for Debtor
                                               16 N. Franklin St., Suite 300
                                               Doylestown, PA  18901
                                               215-348-8133
                                               215-348-0428 - Fax