IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    PATRICIA F. KENT :
            Debtor : BANKRUPTCY NO. 19-16345 jkf

### ORDER ALLOWING COMPENSATION TO DEBTOR'S COUNSEL

AND NOW, this _____ day of _____, 2020, upon consideration of the Application for Compensation and Reimbursement of Expenses, it is hereby

ORDERED AND DECREED, that said application is approved, and it is

FURTHER ORDERED that Jeffrey C. McCullough, Esquire is hereby allowed the sum of $5000.00 as compensation for professional services rendered as counsel to Debtor in connection with performance of his representation which sum of $2000.00 has already been paid as a pre-petition retainer. The balance of the approved fee of $3,000.00 is to be paid through the Debtor's Confirmed Chapter 13 Plan to the extent provided for by the terms of that Chapter 13 Plan.

BY THE COURT:

**Date: May 22, 2020**

_____
JEAN K. FITZSIMON
U.S. Bankruptcy Judge