United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-16345-jkf
Patricia F. Kent                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi           Page 1 of 1           Date Rcvd: May 22, 2020
                          Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2020.
db           +Patricia F. Kent,   25 Quince Circle,   Newtown, PA 18940-9288

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2020 at the address(es) listed below:
          CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
           Revenue RA-occbankruptcy5@state.pa.us,  RA-occbankruptcy6@state.pa.us
          HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com
          JEFFREY C. MCCULLOUGH    on behalf of Debtor Patricia F. Kent jeffmccullough@bondmccullough.com,
           mbehrlacher@bondmccullough.com
          JEROME B. BLANK    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
          POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          ROBERT J. DAVIDOW    on behalf of Creditor    DITECH FINANCIAL LLC robert.davidow@phelanhallinan.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
   PATRICIA F. KENT :
          Debtor : BANKRUPTCY NO. 19-16345 jkf

### ORDER ALLOWING COMPENSATION TO DEBTOR'S COUNSEL

AND NOW, this _____ day of _____, 2020, upon consideration of the Application for Compensation and Reimbursement of Expenses, it is hereby

ORDERED AND DECREED, that said application is approved, and it is

FURTHER ORDERED that Jeffrey C. McCullough, Esquire is hereby allowed the sum of $5000.00 as compensation for professional services rendered as counsel to Debtor in connection with performance of his representation which sum of $2000.00 has already been paid as a pre-petition retainer. The balance of the approved fee of $3,000.00 is to be paid through the Debtor's Confirmed Chapter 13 Plan to the extent provided for by the terms of that Chapter 13 Plan.

BY THE COURT:

**Date: May 22, 2020**

_____
JEAN K. FITZSIMON
U.S. Bankruptcy Judge