UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                         :     Chapter 13
    PATRICIA F. KENT          :
                  Debtor :     Bankruptcy No. 19-16345 jkf

## PRAECIPE TO WITHDRAW PROOF OF CLAIM #15 AND AMENDED PROOF OF CLAIM #15 OF 16 NORTH FRANKLIN STREET

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly withdraw Proof of Claim #15 and Amended Proof of Claim #15 of 16 NORTH FRANKLIN STREET filed with this Court on June 18, 2020.

                          /s/Jeffrey C. McCullough
                          Jeffrey C. McCullough, Esquire
                          Claimant
                          16 North Franklin Street, Suite 300
                          Doylestown, PA 18901
                          215-348-8133
                          215-348-0428 - FAX