UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                      CASE NO.: 19-16345-amc
**CHAPTER 13**

**Patricia F. Kent,**
    **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 7004**

                                         RAS Citron, LLC
                                         Authorized Agent for Secured Creditor
                                         130 Clinton Rd #202
                                         Fairfield, NJ 7004
                                         Telephone: 470-321-7112

                                     By: /s/Charles Wohlrab
                                         Charles Wohlrab, Esq.
                                         Email: CWohlrab@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 8, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

PATRICIA F. KENT
25 QUINCE CIRCLE
NEWTOWN, PA 18940

And via electronic mail to:

BOND & MCCULLOUGH
16 N. FRANKLIN STREET  SUITE 300
DOYLESTOWN, PA 18901

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

By: /s/ Luwam Habtegabir
Luwam Habtegabir
Email: lhabtegabir@rascrane.com