# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:** <br><br> **Patricia F. Kent,** <br>      Debtor. <br> **NewRez LLC d/b/a Shellpoint Mortgage Servicing,** <br>      Movant. <br> **v.** <br> **Patricia F. Kent,** <br>      Debtor/Respondent. <br> **Scott F. Waterman, Esquire,** <br>      Trustee/Respondent. | **Bankruptcy No. 19-16345-amc** <br><br> **Chapter 13** |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2021, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

**Date: March 24, 2021**

_____

Judge Ashely M. Chan