United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                      Case No. 19-16345-amc

Patricia F. Kent                                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 28, 2022 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14452101 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14452101 | Email/Text: mtgbk@shellpointmtg.com | Jan 28 2022 23:54:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2022                     Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Barclays Mortgage Trust 2021-NPL1 amps@manleydeas.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| CHRISTOS A. KATSAOUNIS | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| HAROLD N. KAPLAN | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com |

JEFFREY C. MCCULLOUGH

on behalf of Debtor Patricia F. Kent jeffmccullough@bondmccullough.com  lchung@bondmccullough.com

JEROME B. BLANK

on behalf of Creditor DITECH FINANCIAL LLC paeb@fedphe.com

MARIO J. HANYON

on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING wbecf@brockandscott.com
mario.hanyon@brockandscott.com

POLLY A. LANGDON

on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ

on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

ROBERT J. DAVIDOW

on behalf of Creditor DITECH FINANCIAL LLC robert.davidow@phelanhallinan.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

THOMAS SONG

on behalf of Creditor DITECH FINANCIAL LLC tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 14

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-16345-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Patricia F. Kent
25 Quince Circle
Newtown PA 18940

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/27/2022.

Name and Address of Alleged Transferor(s):

Claim No. 9: New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826

Name and Address of Transferee:

Barclays Mortgage Trust 2021-NPL1
c/o Gregory Funding LLC
PO Box 742334
Los Angeles, CA 90074-2334

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  01/30/22

Tim McGrath
**CLERK OF THE COURT**