| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-16345-AMC**

Patricia F. Kent  
25 Quince Circle  
Newtown  PA    18940

Petition Filed Date: 10/09/2019  
341 Hearing Date: 11/22/2019  
Confirmation Date: 05/06/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/16/2021 | $1,420.00 | | 05/17/2021 | $1,420.00 | | 06/16/2021 | $1,420.00 | |
| 07/16/2021 | $1,420.00 | | 08/16/2021 | $1,420.00 | | 09/16/2021 | $1,420.00 | |
| 10/19/2021 | $1,420.00 | | 11/17/2021 | $1,420.00 | | 12/20/2021 | $1,420.00 | |
| 01/18/2022 | $1,420.00 | | 02/16/2022 | $1,420.00 | | 03/16/2022 | $1,420.00 | |
| 04/18/2022 | $1,420.00 | | 05/16/2022 | $1,420.00 | | 06/16/2022 | $1,420.00 | |
| 07/18/2022 | $1,420.00 | | | | | | | |

**Total Receipts for the Period: $22,720.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $43,620.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Patricia F. Kent | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE  »» 01A | Secured Creditors | $9,207.09 | $3,390.07 | $5,817.02 |
| 2 | PA DEPARTMENT OF REVENUE  »» 01B | Unsecured Creditors | $278.98 | $0.00 | $278.98 |
| 3 | PA DEPARTMENT OF REVENUE  »» 01C | Unsecured Creditors | $248.42 | $0.00 | $248.42 |
| 4 | PA DEPARTMENT OF REVENUE  »» 01D | Priority Crediors | $1,217.10 | $1,217.10 | $0.00 |
| 5 | PA DEPARTMENT OF REVENUE  »» 01E | Priority Crediors | $1,145.18 | $1,145.18 | $0.00 |
| 6 | HC PROCESSING CENTER  »» 002 | Unsecured Creditors | $1,715.38 | $0.00 | $1,715.38 |
| 7 | LVNV FUNDING LLC  »» 003 | Unsecured Creditors | $478.42 | $0.00 | $478.42 |
| 8 | ASHLEY FUNDING SVCS LLC  »» 004 | Unsecured Creditors | $65.41 | $0.00 | $65.41 |
| 9 | UNITED STATES TREASURY (IRS)  »» 05S | Secured Creditors | $10,866.12 | $4,000.91 | $6,865.21 |
| 10 | UNITED STATES TREASURY (IRS)  »» 05P | Priority Crediors | $5,075.89 | $5,075.89 | $0.00 |
| 11 | UNITED STATES TREASURY (IRS)  »» 05U | Unsecured Creditors | $22,888.22 | $0.00 | $22,888.22 |
| 12 | NEWTOWN GRANT TH5  »» 006 | Secured Creditors | $2,079.21 | $765.57 | $1,313.64 |
| 13 | TOYOTA MOTOR CREDIT CORP  »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $339.80 | $0.00 | $339.80 |
| 15 | GREGORY FUNDING LLC<br>»» 009 | Mortgage Arrears | $57,882.23 | $21,312.25 | $36,569.98 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $408.88 | $0.00 | $408.88 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $376.30 | $0.00 | $376.30 |
| 18 | KRISTEN MICHAEL PC<br>»» 012 | Unsecured Creditors | $2,000.00 | $0.00 | $2,000.00 |
| 19 | NAVIENT SOLUTIONS INC<br>»» 013 | Unsecured Creditors | $8,900.43 | $0.00 | $8,900.43 |
| 20 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $791.77 | $0.00 | $791.77 |
| 0 | JEFFREY C MC CULLOUGH ESQ | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $43,620.00 | Current Monthly Payment: | $1,440.00 |
| Paid to Claims: | $39,906.97 | Arrearages: | $420.00 |
| Paid to Trustee: | $3,713.03 | Total Plan Base: | $100,560.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.