| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-16345-AMC**

Patricia F. Kent  
25 Quince Circle  
Newtown PA 18940

Petition Filed Date: 10/09/2019  
341 Hearing Date: 11/22/2019  
Confirmation Date: 05/06/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/16/2022 | $1,420.00 | | 09/16/2022 | $1,420.00 | | 10/18/2022 | $1,420.00 | |
| 11/17/2022 | $2,175.00 | | 12/19/2022 | $2,175.00 | | 01/19/2023 | $2,175.00 | |
| 02/21/2023 | $2,175.00 | | 03/20/2023 | $2,175.00 | | 04/18/2023 | $2,175.00 | |
| 05/18/2023 | $2,175.00 | | 06/20/2023 | $2,175.00 | | 07/18/2023 | $2,175.00 | |

**Total Receipts for the Period: $23,835.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $67,455.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Patricia F. Kent | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01A | Secured Creditors | $9,207.09 | $5,902.65 | $3,304.44 |
| 2 | PA DEPARTMENT OF REVENUE »» 01B | Unsecured Creditors | $278.98 | $0.00 | $278.98 |
| 3 | PA DEPARTMENT OF REVENUE »» 01C | Unsecured Creditors | $248.42 | $0.00 | $248.42 |
| 4 | PA DEPARTMENT OF REVENUE »» 01D | Priority Crediors | $1,217.10 | $1,217.10 | $0.00 |
| 5 | PA DEPARTMENT OF REVENUE »» 01E | Priority Crediors | $1,145.18 | $1,145.18 | $0.00 |
| 6 | HC PROCESSING CENTER »» 002 | Unsecured Creditors | $1,715.38 | $0.00 | $1,715.38 |
| 7 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $478.42 | $0.00 | $478.42 |
| 8 | ASHLEY FUNDING SVCS LLC »» 004 | Unsecured Creditors | $65.41 | $0.00 | $65.41 |
| 9 | UNITED STATES TREASURY (IRS) »» 05S | Secured Creditors | $10,866.12 | $6,966.25 | $3,899.87 |
| 10 | UNITED STATES TREASURY (IRS) »» 05P | Priority Crediors | $5,075.89 | $5,075.89 | $0.00 |
| 11 | UNITED STATES TREASURY (IRS) »» 05U | Unsecured Creditors | $22,888.22 | $0.00 | $22,888.22 |
| 12 | NEWTOWN GRANT TH5 »» 006 | Secured Creditors | $2,079.21 | $1,332.98 | $746.23 |
| 13 | TOYOTA MOTOR CREDIT CORP »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $339.80 | $0.00 | $339.80 |

| 15 | GREGORY FUNDING LLC<br>»» 009 | Mortgage Arrears | $57,882.23 | $37,108.16 | $20,774.07 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $408.88 | $0.00 | $408.88 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $376.30 | $0.00 | $376.30 |
| 18 | KRISTEN MICHAEL PC<br>»» 012 | Unsecured Creditors | $2,000.00 | $0.00 | $2,000.00 |
| 19 | NAVIENT SOLUTIONS INC<br>»» 013 | Unsecured Creditors | $8,900.43 | $0.00 | $8,900.43 |
| 20 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $791.77 | $0.00 | $791.77 |
| 0 | JEFFREY C MC CULLOUGH ESQ | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $67,455.00 | Current Monthly Payment: | $2,175.00 |
| Paid to Claims: | $61,748.21 | Arrearages: | $2,655.00 |
| Paid to Trustee: | $5,706.79 | Total Plan Base: | $100,560.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.