United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-16345-amc |
| Patricia F. Kent | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 19, 2024 | Form ID: 138OBJ | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia F. Kent, 25 Quince Circle, Newtown, PA 18940-9288 |
| 14402713 | | Commonwealth of Pennsylvania, Department of Revenue, P.O.Box 281041, Harrisburg, PA 17128-1041 |
| 14407328 | | DITECH FINANCIAL LLC, C/o Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14430047 | | Ditech Financial LLC, P.O. Box 12740, Tempe AZ 85284-0046 |
| 14402716 | | Ditech Financial LLC, P.O.Box 6176, Rapid City, SD 57709-6176 |
| 14512235 | + | Jeffrey C. McCullough, Esq., 16 NORTH FRANKLIN STREET, SUITE 300, Doylestown, PA 18901-3556 |
| 14512685 | + | Jeffrey C. McCullough, Esquire, 16 N. Franklin Street, Suite 300, Doylestown, PA 18901-3556 |
| 14402720 | + | Kristine Michael, P.C., 105-A E. Maple Ave., Langhorne, PA 19047-2196 |
| 14402722 | + | Newtown Grant TH-5 Raven's View HOA, c/o Stefan Ricchter, Esquire, 2003 S. Easton Road, Suite 300, Doylestown, PA 18901-7100 |
| 14402723 | + | Nicketts Landscaping, 1810 S. Easton Road, Doylestown, PA 18901-2958 |
| 14451993 | + | Toyota Motor Credit Corp., c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14913278 | + | U.S. Bank National Association, as Indenture Trust, c/o Angela C. Pattison, Esq., Hill Wallack LLP, 1415 Route 70 East, Suite 309, Cherry Hill, NJ 08034-2210 |
| 14402731 | + | United Revenue Collection Service, P.O.Box 1184, Langhorne, PA 19047-6184 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 20 2024 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14402708 | + | Email/Text: bky@americanprofit.net | Nov 20 2024 00:29:00 | American Profit Recovery, 34505 W 12 Mile Rd, Ste 3, Farmington, MI 48331-3258 |
| 14411995 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2024 00:38:22 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14665015 | ^ | MEBN | Nov 20 2024 00:21:54 | Barclays Mortgage Trust 2021-NPL1, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 14402711 | ^ | MEBN | Nov 20 2024 00:22:05 | Chase Receivables, 755 Baywood Dr, Ste 20821, Petaluma, CA 94954-5508 |
| 14402712 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 20 2024 00:29:00 | Comenity Capital Bank, Bankruptcy Department, P.O.Box 183043, Columbus, OH 43218-3043 |
| 14402715 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 20 2024 00:29:00 | Credit Collections Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14402718 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 20 2024 00:29:00 | Dept. of the Treasury, Internal Revenue Service, P.O.Box 7346, Philadelphia, PA 19101-7346 |
| 14402717 | | Email/Text: bankruptcy@hccredit.com | Nov 20 2024 00:29:00 | HC Credit/FEB, P.O.Box 829, Springdale, AR |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14402710 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 20 2024 00:39:54 | Chase, P.O.Box 15298, Wilmington, DE 19850 72765-0829 |
| 14411992 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2024 00:39:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14402721 | + | Email/PDF: bankruptcy_prod@navient.com | Nov 20 2024 00:27:31 | Navient, P.O.Box 9500, Wilkes Barre, PA 18773-9500 |
| 14452101 | | Email/Text: mtgbk@shellpointmtg.com | Nov 20 2024 00:29:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14567149 | + | Email/Text: RASEBN@raslg.com | Nov 20 2024 00:29:00 | NewRez LLC, dba Shellpoint Mortgage Srving, RAS Citron LLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14402724 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 20 2024 00:40:17 | Portfolio Recovery, 120 Corporate Blvd. Suite 100, Norfolk, VA 23502 |
| 14428348 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 20 2024 00:27:29 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14407045 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 20 2024 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14402729 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 20 2024 00:29:00 | Progressive Insurance, c/o Credit Collection, 725 Canton Street, Newton, MA 02062-2609 |
| 14436024 | | Email/PDF: bankruptcy_prod@navient.com | Nov 20 2024 00:27:29 | SLM BANK c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14402730 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 20 2024 00:29:00 | Toyota Financial Services, P.O.Box 8026, Cedar Rapids, IA 52408-8026 |
| 14416471 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 20 2024 00:29:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14901986 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 20 2024 00:29:00 | U.S. Bank National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14411405 | | Email/Text: bankruptcynotices@vivecard.com | Nov 20 2024 00:29:00 | Dent-a-med Inc., dba HC Processing, PO Box 708670, Sandy, UT 84070 |
| 14410837 | | Email/Text: bankruptcynotices@vivecard.com | Nov 20 2024 00:29:00 | Dent-a-med inc., dba HC Processing Center, PO Box 268808, Oklahoma City OK, 73126 |
| 14402732 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 20 2024 00:28:00 | Verizon, P.O.Box 650584, Dallas, TX 75265-0584 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14402709 | *+ | American Profit Recovery, 34505 W 12 Mile Rd, Ste 3, Farmington, MI 48331-3258 |
| 14402714 | * | Commonwealth of Pennsylvania, Department of Revenue, P.O.Box 281041, Harrisburg, PA 17128-1041 |
| 14402719 | * | Internal Revenue Service, P.O.Box 7346, Philadelphia, PA 19101-7346 |
| 14402725 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd. Suite 100, Norfolk, VA 23502 |
| 14402726 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd. Suite 100, Norfolk, VA 23502 |
| 14402727 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd. Suite 100, Norfolk, VA 23502 |
| 14402728 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd. Suite 100, Norfolk, VA 23502 |
| 14432051 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 19, 2024 | Form ID: 138OBJ | Total Noticed: 38 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2024 at the address(es) listed below:

**Name**     **Email Address**

ADAM BRADLEY HALL
on behalf of Creditor Barclays Mortgage Trust 2021-NPL1 amps@manleydeas.com

ANGELA CATHERINE PATTISON
on behalf of Creditor U.S. Bank National Association as Indenture Trustee on behalf of and with respect to Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed Securities, Series 2021-NPL1 apattison@hillwallack.com, apattison@ecf.courtdrive.com

CHRISTOS A. KATSAOUNIS
on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us

DENISE ELIZABETH CARLON
on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

HAROLD N. KAPLAN
on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com

JEFFREY C. MCCULLOUGH
on behalf of Debtor Patricia F. Kent jeffmccullough@bondmccullough.com lchung@bondmccullough.com

JEROME B. BLANK
on behalf of Creditor DITECH FINANCIAL LLC jblank@pincuslaw.com mmorris@pincuslaw.com

MARIO J. HANYON
on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING wbecf@brockandscott.com mario.hanyon@brockandscott.com

MICHELLE L. MCGOWAN
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com

MICHELLE L. MCGOWAN
on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mimcgowan@raslg.com

POLLY A. LANGDON
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

ROBERT J. DAVIDOW
on behalf of Creditor DITECH FINANCIAL LLC robert.davidow@phelanhallinan.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

THOMAS SONG
on behalf of Creditor DITECH FINANCIAL LLC tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

*Form 138OBJ* (6/24)−doc 78 − 77

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Patricia F. Kent ) | Case No. 19−16345−amc |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 19, 2024                                                          For The Court

                                                                                           Timothy B. McGrath
                                                                                           Clerk of Court